

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/18/2023__

April 18, 2023

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    <u>United States v. William Triana-Mutis</u>, S3 21 Cr. 413 (AT)

Dear Judge Torres:

    Defendant William Triana-Mutis is charged in the S3 superseding indictment in this case. That indictment was filed under seal.  On Friday, April 14, 2023, Triana-Mutis was presented and arraigned on the S3 superseding indictment following his extradition from Colombia.  Because the defendant has been presented before the Court, the Government respectfully requests that the S3 superseding indictment be unsealed.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Sarah L. Kushner
    Alexander Li
    Assistant United States Attorneys
    (212) 637-2676/-2265

GRANTED.  The Clerk of Court is directed to unseal the S3 superseding indictment.

SO ORDERED.

Dated: April 18, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge