Case 1:21-cr-00413-AT Document 28 Filed 04/25/23 Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM TRIANA-MUTIS, a/k/a "El Viejo,"

                   Defendant.

21 Cr. 413-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold an initial conference in this matter on **May 2, 2023**, at **4:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 25, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge