UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM TRIANA-MUTIS, a/k/a "El Viejo,"

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2023
```

21 Cr. 413-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial conference scheduled for May 2, 2023, is ADJOURNED to **May 16, 2023**, at **10:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: May 1, 2023
         New York, New York

_____
ANALISA TORRES
United States District Judge