UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                 -against-

WILLIAM TRIANA-MUTIS, a/k/a "El Viejo,"

                         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2023

21 Cr. 413-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial conference scheduled for May 16, 2023, is ADJOURNED to **June 13, 2023**, at **11:40 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: May 15, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge