```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/30/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM TRIANA-MUTIS, a/k/a "El Viejo,"

                               Defendant.

21 Cr. 413-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' proposed protective order dated May 26, 2023. *See* ECF No. 31-1; *see also* ECF No. 31. The Court shall not retain jurisdiction to enforce the order after the termination of the litigation. *See* ECF No. 31-1 ¶ 14. Accordingly, by **June 6, 2023**, the parties shall file a revised proposed protective order.

      SO ORDERED.

Dated: May 30, 2023
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge