U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/14/2023_

June 13, 2023

**BY ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>United States</u> v. <u>William Triana-Mutis</u>, S3 21 Cr. 413 (AT)

Dear Judge Torres:

    Earlier today, the Court adjourned the initial pretrial conference for defendant William Triana-Mutis to July 5, 2023 at 10:30 a.m. (Dkt. 35). By order dated April 6, 2023, the Court previously adjourned a status conference for co-defendant Jhon Sebastian Vallejo-Urrea to July 11, 2023 at 1:00 p.m. and excluded Speedy Trial time until that date. (Dkt. 20). Because "cases involving multiple defendants are governed by a single speedy trial clock, which begins to run with the clock of the most recently added defendant, and . . . delay attributable to any one defendant is charged against the single clock," *United States v. Pena*, 793 F.2d 486, 489 (2d Cir. 1986), the Court's exclusion of time until July 11, 2023 as to Vallejo-Urrea applies globally to the case. Nevertheless, for clarity of the record, the Government respectfully requests that the Court also exclude Speedy Trial time as to Triana-Mutis until July 11, 2023, in order to allow the defense to review the discovery, particularly in light of defense counsel's present engagement in trial. Counsel for Triana-Mutis consents to this application.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

                by: _____

GRANTED. It is ordered that time until July 11, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the Defendant time to review discovery.

SO ORDERED.

Dated: June 14, 2023
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge