```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM TRIANA-MUTIS, a/k/a "El Viejo,"

                              Defendant.

21 Cr. 413-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial conference scheduled for July 5, 2023, is ADJOURNED to **July 25, 2023**, at **10:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: June 30, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge