USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/3/2023___

U.S. D[epartment of Justice]

United [States Attorney]
Southe[rn District of New York]

*The Silvio [J. Mollo Building]*
*One Saint [Andrew's Plaza]*
*New York, New York 10007*

June 30, 2023

**BY ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    **United States v. William Triana-Mutis**, S3 21 Cr. 413 (AT)

Dear Judge Torres:

      Earlier today, the Court adjourned the initial pretrial conference for defendant William Triana-Mutis to July 25, 2023 at 10:30 a.m. (Dkt. 38). The Government respectfully requests that the Court exclude Speedy Trial time until that date, in order to allow the defense to review the discovery, which the Government produced on June 9, 2023, and for the parties to discuss any pretrial resolution to the case.

                           Respectfully submitted,

                           DAMIAN WILLIAMS
                         United States Attorney

by: _____
     Alexander Li
     Sarah L. Kushner
     Assistant United States Attorneys
     (212) 637-2265/-2676

GRANTED. It is ordered that time until July 25, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the Defendant time to review discovery and for the parties to discuss a pretrial resolution to the case.

SO ORDERED.

Dated: July 3, 2023
       New York, New York

                            _____
                            ANALISA TORRES
                            United States District Judge