UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM TRIANA-MUTIS and
JOSE LEONARDO LOPEZ-VELASQUEZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2023

21 Cr. 413-2 (AT)
21 Cr. 413-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for December 5, 2023, is ADJOURNED to **March 5, 2024**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 28, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge