USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/13/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM TRIANA-MUTIS,
JOSE LEONARDO LOPEZ-VELASQUEZ,
and JAIRO YOMAR ZAMBRANO-HERNANDEZ,

                                Defendants.

21 Cr. 413-2 (AT)
21 Cr. 413-3 (AT)
21 Cr. 413-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       Due to a scheduling conflict, the status conference scheduled for June 18, 2024 is ADJOURNED to **June 26, 2024** at **3:00 p.m.** in Courtroom 26B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: June 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge