```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM TRIANA-MUTIS,
JOSE LEONARDO LOPEZ-VELASQUEZ,
and JAIRO YOMAR ZAMBRANO-HERNANDEZ,

Defendants.

21 Cr. 413-2 (AT)
21 Cr. 413-3 (AT)
21 Cr. 413-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

At a status conference on June 26, 2026, the Court directed Defendants to file any pretrial motions by October 1, 2024.  By letters dated October 1, 2024, Defendants Jose Leonardo Lopez-Velasquez and William Triana-Mutis request a four-week adjournment of the motions schedule to continue exploring a pretrial resolution of this case.  ECF Nos. 77, 78.  The request is GRANTED.  Defense motions shall be due on **October 29, 2024**, the Government's opposition papers shall be due on **November 12, 2024**, and reply papers be shall due on **November 19, 2024**.

The Court received no submissions from counsel for Defendant Jairo Yomar Zambrano-Hernandez.  By **October 4, 2024**, counsel for Zambrano-Hernandez shall inform the Court whether he intends to file motions or joins in his co-defendants' adjournment requests.

The Clerk of Court is respectfully directed to terminate the motion at ECF Nos. 77 and 78.

SO ORDERED.

Dated: October 2, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge