USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

WILLIAM TRIANA-MUTIS,

Defendant.

------------------------------X

ORDER OF
JUDICIAL REMOVAL

S3 21 CR 413 (AT)

      Upon the application of the United States of America, by Alexander Li and Sarah Kushner, Assistant United States Attorneys, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of WILLIAM TRIANA-MUTIS, and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Colombia and a citizen of Colombia.

3. On April 13, 2023, the defendant arrived at Westchester County Airport in White Plains, New York, and was paroled for criminal prosecution.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the Southern District of New York for participating in a conspiracy, from at least in or about September 2020 through at least in or about August 2021, to (i) import five kilograms and more of cocaine into the United States; and (ii) manufacture, distribute, and possess with intent

to distribute five kilograms and more of cocaine, intending, knowing, and having reasonable cause to believe that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 963, 952(a), 959(a), 960(a)(1), 960(a)(3), and 960(b)(1)(B).

5. A maximum sentence of life imprisonment may be imposed for this offense.

6. The defendant is subject to removal pursuant to Section 212(a)(2)(A)(i)(II) of the Immigration and Nationality Act of 1952 ("INA" or the "Act"), as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(II), in that he has been convicted of, or who admits having committed, or admits committing acts which constitute the essential elements of law or regulation of a State, the United States, or a foreign country relating to a controlled substance, to wit: cocaine (as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. 802); Section 212(a)(2)(C) of the INA, as amended, 8 U.S.C. § 1182(a)(2)(C), in that a consular or immigration officer knows or has reason to believe he is or has been an illicit trafficker in any controlled substance or who is or has been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking in any such controlled substance; and Section 212(a)(7)(A)(i)(I) of the INA, as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under Section 211(a) of the Act.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Colombia as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Colombia.

Dated:     New York, New York
           April 22    , 2025

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE